**Order entered June 25, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00467-CR

**ESTEVAN RENDON LARA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F15-76060-M**

## ORDER

The reporter's record in this case was filed on September 5, 2017. However, the reporter's record does not include any of the trial exhibits. This case was submitted on May 16, 2018, and cannot be resolved until the reporter's record is complete.

Accordingly, this Court **ORDERS** Court Reporter Yolanda Atkins to file, within **TEN DAYS** of the date of this order, a supplemental reporter's record containing State's Exhibits 1–154, Defendant's Exhibits 1, and any other exhibits admitted at trial. *See* TEX. R. APP. P. 34.6(d).

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to:

Yolanda Atkins
Deputy Official Court Reporter,
194th Judicial District Court

All parties

/s/    ELIZABETH LANG-MIERS
PRESIDING JUSTICE